**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Eastern Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
**Before Judge James D. Todd, Chief United States District Judge**

August 24, 2005

RE:   1:03-cr-10068-01-T
      *USA v. PHILLIP L. HAYS*

Dear Sir/Madam:

A(n) **RE-SENTENCING HEARING** has been **SET** before **Judge James D. Todd** on **FRIDAY, OCTOBER 21, 2005 at 8:30 A.M. in Courtroom 432, 4th floor of the U.S. Courthouse, Jackson, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:  *Evelyn Cheairs* (signature)
Evelyn Cheairs, Case Manager
731-421-9207

48

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:03-CR-10068 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Phillip L. Hays
698 Pinnacle Hill Rd.
Kingston Springs, TN 37082

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT